

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00178-CR
_____

STEVEN JONES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 09M0924-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Steven Jones, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Jones and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     December 10, 2009
Date Decided:      December 11, 2009

Do Not Publish